United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELITA SAMPLE,

          Plaintiff,

    v.

RONALD E. QUIDACY, et al.,

          Defendants.

Case No.: C-12-04986 JSC

**ORDER DISMISSING CASE**

On October 17, 2012, the Court dismissed Plaintiff's Complaint with leave to amend by October 29, 2012.[1]  (Dkt. No. 7.)  Plaintiff has not filed an amended complaint.  Given Plaintiff's failure, the Court DISMISSES the action.  The Case Management Conference scheduled for January 24, 2013 is accordingly VACATED.

    IT IS SO ORDERED.

---

[1]  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of a United States magistrate judge.  (Dkt. No. 5.)

United States District Court
Northern District of California

1    Dated: January 23, 2013

2                                       JACQUELINE SCOTT CORLEY

3                                       UNITED STATES MAGISTRATE JUDGE

2